ACCEPTED
04-14-00812-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
2/13/2015 11:53:18 AM
KEITH HOTTLE
CLERK

# Kristine Arlitt
**Attorney at Law**

| | |
|---|---|
| 206 East Locust Street | 500 Main Street |
| San Antonio, Texas 78212 | Kerrville, Texas 78028 |
| P.O. Box 90771 | P.O. Box 295101 |
| San Antonio, Texas 78209 | Kerrville, Texas 78029 |
| Telephone 210-821-6101 | Telephone 830-896-5101 |
| Telecopier 210-821-6105 | Telecopier 830-896-5102 |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
02/13/2015 11:53:18 AM
KEITH E. HOTTLE
Clerk

February 10, 2015

Clerk of the Court                                         *Via E-File*
Fourth Court of Appeals
Bexar County Justice Center, Floor 3
San Antonio, Texas 78205

RE:     The Estate of Consuella Perkins Ulbrich, deceased
        Cause Number 2011-PC-0686
        Appeal Number 04-14-00812-CV

Dear Clerk:

Please take notice, I will not be available for any proceedings in the above referenced matter for the following dates:

        April 28, 2015 to May 8, 2015
        May 18, 2015 to May 22, 2015
        July 20, 2015 to July 25, 2015
        October 22, 2015 to November 2, 2015
        December 17, 2015 to December 28, 2015

As always, please feel free to contact me directly with any question at 210-269-6101.

Very truly yours,

/s/

Kristine Arlitt
Attorney at Law

cc:     Bill Bailey                              *Via E-Service*
        Philip M. Ross                           *Via E-Service*
        Amy Bitter                               *Via E-Service*